# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD POLIDORI,<br><br>      Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>      Defendant. | CASE NO. 3:13-cv-02181-GBC<br><br>(MAGISTRATE JUDGE COHN)<br><br>ORDER DENYING PLAINTIFF'S APPEAL, AFFIRMING THE DECISION OF THE COMMISSIONER, AND CLOSING THE CASE<br><br>Docs. 1, 7, 8, 9, 10 |

In accordance with the accompanying memorandum, **IT IS HEREBY**

## ORDERED THAT:

1. This appeal is DENIED, as the ALJ's decision is supported by substantial evidence;

2. The Clerk of Court shall enter judgment in favor of the Commissioner and against Plaintiff as set forth in the following paragraph.

3. The decision of the Commissioner of Social Security denying Ronald Polidori disability insurance benefits is affirmed; and

4. The Clerk of Court shall close this case.

Dated: September 4, 2014

                                                     s/Gerald B. Cohn
                                                     GERALD B. COHN
                                                     UNITED STATES MAGISTRATE JUDGE